

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00157-CV

| | | |
|---|---|---|
| RODNEY LARSON, Appellant | § | On Appeal from the 48th District Court |
| | § | of Tarrant County (048-308849-19) |
| V. | § | November 9, 2023 |
| WILLIAM CAIN, Appellee | § | Memorandum Opinion by Justice Kerr |

**JUDGMENT**

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

It is further ordered that Appellant Rodney Larson must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr